BIJAL V. VAKIL (CA State Bar No. 192878)
bvakil@whitecase.com
ALLEN WANG (CA State Bar No. 278953)
awang@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA  94306-2109
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158

Attorneys for Plaintiff
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., <br><br> Plaintiff, <br><br> v. <br><br> CREATIVE LABS, INC. and CREATIVE TECHNOLOGY LTD., <br><br> Defendants. | Case No.  3:16-cv-02628 <br><br> **GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Google Inc. discloses the following:

1. Google Inc. is a wholly owned subsidiary of Alphabet Inc.; accordingly, Alphabet Inc. has more than 10% ownership of Google Inc.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- 1 -

1. Alphabet Inc., Holding Company of Defendant

2. Google Inc., Defendant

Dated: May 16, 2016

Respectfully submitted,

By: */s/ Bijal V. Vakil*
Bijal V. Vakil

BIJAL V. VAKIL (CA State Bar No. 192878)
bvakil@whitecase.com
ALLEN WANG (CA State Bar No. 278953)
awang@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for Plaintiff
Google Inc.

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

AMERICAS 91260784

GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT
CASE NO: 3:16-cv-02628