1  BIJAL V. VAKIL (CA State Bar No. 192878)
   bvakil@whitecase.com
2  ALLEN WANG (CA State Bar No. 278953)
   awang@whitecase.com
3  WHITE & CASE LLP
   3000 El Camino Real
4  Five Palo Alto Square, 9th Floor
   Palo Alto, CA  94306-2109
5  Telephone:  (650) 213-0300
   Facsimile:   (650) 213-8158
6
7  Attorneys for Plaintiff
   Google Inc.

8  Jonathan Baker (CA State Bar No. 196062)
   FARNEY DANIELS PC
9  411 Borel Avenue, Suite 350
   San Mateo, California 94402
10 Telephone:  (424) 278-5200
   jbaker@farneydaniels.com
11
12 Counsel for Creative Labs, Inc.
   and Creative Technology Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE INC., | Case No.  3:16-cv-02628-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REQUESTING ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT AND RESCHEDULING THE CASE MANAGEMENT CONFERENCE PURSUANT TO L.R. 6-2** |
| v. | |
| CREATIVE LABS, INC. and CREATIVE TECHNOLOGY LTD., | |
| Defendants. | |

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

1   Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rules 6-1(b), 6-2, and
2   7-12, counsel for Google, Inc. ("Google") and counsel for Creative Labs, Inc. and Creative
3   Technology Ltd. have met and conferred regarding an extension of time for the Creative entities
4   to respond to the Complaint.

5   Creative Labs, Inc. was served with the Summons and Complaint on June 9, 2016, with a
6   response originally due on June 30, 2016.

7   Creative Technology Ltd. is based in Singapore.  As Singapore is not a signatory to the
8   Hague Service Convention, Singapore-based entities may be served only through Letters
9   Rogatory or private process service.  For efficiency, to improve judicial economy, to give
10  Creative Technology Ltd. fair and adequate time to file its answer or otherwise respond to the
11  Complaint, and to alleviate the burden of serving a foreign entity, the parties agree to have the
12  response from both Creative Labs, Inc. and Creative Technology Ltd. due on the same date, and
13  have further agreed to a 75-day extension.  Counsel for Creative has agreed to accept service for
14  Creative Technology Ltd.  No party will be prejudiced by this extension.

15  The parties hereby jointly stipulate, agree, and request an order from the Court as follows:

16  1.   Creative Labs, Inc. and Creative Technology Ltd. shall have up to and including
17  September 13, 2016 to file an answer or otherwise respond to the Complaint.

18  2.   The Case Management Conference currently scheduled for August 46, 2016 shall
19  be rescheduled to Ugrvgodgt"4:."42380

20  IT IS SO STIPULATED.

21  Dated:   June 29, 2016                    Respectfully submitted,

22                                            By:    */s/ Bijal V. Vakil*
                                                     Bijal V. Vakil
23
24                                            Attorney for Plaintiff
                                              Google Inc.

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

By:    */s/ Jonathan D. Baker*
       Jonathan D. Baker

Attorney for Defendants
Creative Labs, Inc. and
Creative Technology Ltd.

### **ATTESTATION FOR SIGNATURE**

Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatory.

Dated: June 29, 2016          */s/ Bijal V. Vakil*
                                                 Bijal V. Vakil

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:   June 29, 2016                                                 
Hon. Jon S. Tigar, U.S.D.J.