| | |
|---|---|
| BIJAL V. VAKIL (CA State Bar No. 192878)<br>bvakil@whitecase.com<br>ALLEN WANG (CA State Bar No. 278953)<br>awang@whitecase.com<br>WHITE & CASE LLP<br>3000 El Camino Real<br>Five Palo Alto Square, 9th Floor<br>Palo Alto, CA 94306-2109<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br><br>Attorneys for Plaintiff<br>Google LLC | Jonathan D. Baker (CA Bar No. 196062)<br>Michael D. Saunders (CA Bar No. 259692)<br>Gurtej Singh (CA Bar No. 286547)<br>FARNEY DANIELS PC<br>411 Borel Avenue, Suite 310<br>San Mateo, California 94402<br>Telephone: (424) 268-5200<br>Email: jbaker@farneydaniels.com<br>msaunders@farneydaniels.com<br>tsingh@farneydaniels.com<br><br>*Counsel for Defendants Creative Labs, Inc.<br>and Creative Technology Ltd.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CREATIVE LABS, INC. and<br>CREATIVE TECHNOLOGY LTD.,<br><br>        Defendants. | Case No. 3:16-cv-02628-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REFLECT NAME CHANGE FROM GOOGLE INC. TO GOOGLE LLC** |

Pursuant to Civil Local Rule 7-12, Plaintiff Google Inc., now known as Google LLC, and Defendant Creative Labs, Inc. and Creative Technology Ltd. ("Creative"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiff represents that Google Inc. filed a Certificate of Conversion with the Delaware Secretary of State, in which Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC on September 30, 2017;

WHEREAS Plaintiff represents that Google LLC filed a Certificate of Formation with the Delaware Secretary of State, effective on September 30, 2017;

WHEREAS the Parties agree that this Stipulation merely reflects the above-noted change of corporate name, and does not affect any substantive issue in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that: Google Inc. shall now be known as Google LLC in this action and the caption of the case shall be:

GOOGLE LLC,

    Plaintiff,

v.

CREATIVE LABS, INC. and
CREATIVE TECHNOLOGY LTD.,

    Defendants.

Dated: October 20, 2017

Respectfully submitted,

By:    */s/ Bijal V. Vakil*
      Bijal V. Vakil

Attorneys for Plaintiff
Google LLC

By:    */s/* Johnathan D. Baker
      Johnathan D. Baker

Attorneys for Defendants
Creative Labs, Inc. and
Creative Technology Ltd.

## **ATTESTATION FOR SIGNATURE**

I, Bijal V. Vakil, am the ECF user whose user ID and password authorized the filing of this document. Pursuant to Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: October 20, 2017

*/s/ Bijal V. Vakil*
Bijal V. Vakil

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Google Inc. shall now be known as Google LLC in this action, and the caption of the case shall be:

GOOGLE LLC,

    Plaintiff,

  v.

CREATIVE LABS, INC. and
CREATIVE TECHNOLOGY LTD.,

    Defendants.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: __October 23, 2017__      By: _____
                                                  Honorable Jon S. Tigar
                                                  United States District Judge

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY