UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CREATIVE LABS, INC. and<br>CREATIVE TECHNOLOGY LTD.,<br><br>    Defendants. | Case No. 3:16-cv-02628-**JST**<br><br>**[PROPOSED]** **ORDER OF**<br>**DISMISSAL OF ACTION** |

Upon good cause shown, IT IS HEREBY ORDERED that:

1. All claims and counterclaims in this case are dismissed WITHOUT PREJUDICE, and
2. All costs, expenses, and attorneys' fees relating to this litigation shall be borne solely by the party that incurred them.

IT IS SO ORDERED.

Dated: May 3, 2018

*/s/ Jon S. Tigar*
Jon S. Tigar
United States District Judge